United States District Court
Southern District of Texas
**ENTERED**
November 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KHALED SALAH ABU-HAMDAH, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-142 |
| | § | |
| MIGUEL VERGARA, e*t al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

In this matter, a Magistrate Judge issued a Report and Recommendation (Doc. 17), to which no party filed objections. To facilitate the Court's consideration of the Report and Recommendation, it is:

**ORDERED** that by no later than November 19, 2025, Respondents shall file a notice with the Court indicating whether Petitioner Khaled Salah Abu-Hamdah remains in custody or has been removed from the United States. If he has been removed, Respondents shall indicate whether they believe any grounds exist to not consider the case moot and the Court's consideration of the Report and Recommendation unnecessary.

Signed on November 12, 2025.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge