UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KHALED SALAH ABU-HAMDAH, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-142 |
| | § | |
| MIGUEL VERGARA, e*t al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

In this matter, Petitioner Khaled Salah Abu-Hamdah challenges his continued detention following a final order of removal, based on *Zadvydas v. Davis*, 533 U.S. 678 (2001). A Magistrate Judge issued a Report and Recommendation (Doc. 17) recommending the denial of the Petition.

Respondents have now notified the Court that the Petitioner was removed from the United States on August 30, 2025. (Supplement, Doc. 19) The Court finds that Petitioner's removal renders moot the relief that he requests in his Petition for Writ of Habeas Corpus (Doc. 1).

As a result, it is:

**ORDERED** that Petitioner Khaled Salah Abu-Hamdah's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED AS MOOT**.

The Clerk of Court is directed to close this case.

Signed on November 19, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge